IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>Plaintiff,<br><br>v.<br><br>SABRINA CARPENTER, THE GRAMMYS/RECORDING ACADEMY, KETANJI BROWN-JACKSON, LADY GAGA, VIVENDI UNIVERSAL, UNIVERSAL MUSIC GROUP, NBC UNIVERSAL, GENERAL ELECTRIC, RCA, COMCAST, RECORDING INDUSTRY ASSOCIATION OF AMERICA and CARY SHERMAN,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>Case No. 2:26-cv-00555-JNP-DBP<br><br>Chief District Judge Jill N. Parrish<br><br>Magistrate Judge Dustin B. Pead |

Plaintiff Ronald Satish Emrit, proceeding pro se, filed a federal lawsuit against several Defendants alleging public nuisance, industrial espionage, tortious interference with business relations, and violation of the Federal Torts Act. ECF No. 1. Mr. Emrit also sought leave to proceed in forma pauperis. ECF No. 2. Magistrate Judge Pead issued a Report and Recommendation in which he recommended that this court grant Mr. Emrit's motion to proceed in forma pauperis and dismiss Mr. Emrit's claims without prejudice for lack of venue. ECF No. 6, p. 2. Mr. Emrit filed an appeal with the Tenth Circuit, which was dismissed. ECF Nos. 7, 10. This court then set a new deadline of September 1, 2026, for Mr. Emrit to file any objections to Judge Pead's Report and Recommendation. ECF No. 12. Mr. Emrit did not file any objections. For the following reasons, this court ADOPTS Judge Pead's report and recommendation in full.

Because Mr. Emrit did not object to the Report and Recommendation, he waived any argument that it was in error. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). The court will decline to apply the waiver rule only if "the interests of justice so dictate." *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). The court has reviewed the Report and Recommendation and concludes it is not clearly erroneous. Thus, the court finds that the interests of justice do not warrant deviation from the waiver rule.

Accordingly, the court ORDERS as follows:

1. The Report and Recommendation for Dismissal (ECF No. 6) is ADOPTED IN FULL.
2. This action is DISMISSED WITHOUT PREJUDICE.

DATED October 26, 2026.

BY THE COURT

Jill N. Parrish
Chief United States District Court Judge
District of Utah